```
               UNITED STATES DISTRICT COURT
                         for the
               CENTRAL DISTRICT OF ILLINOIS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>   plaintiff, )<br>   )<br>v.   )    No. 25-mj-6406<br>   )<br>MARTIN MARLING, )<br>   )<br>   defendant. ) | |

## **DEFENDANT'S SCENTENCING MEMORANDUM**

NOW COMES the Defendant, MARTIN MARLING, through attorneys, Law Offices of G. Silverman, Inc., states the following pursuant to sentencing:

1. Defendant has a high school education with some college course credit in the automotive field.

2. Defendant's last W-2 position was in 2019 at Applebee's.

3. Since Applebee's, Defendant has been self-employed, including serving as Dr. Sue Ann Negpal's Good Man Friday, which incorporated driving the doctor to her concierge medical appointments.

4. Defendant's mother, Leslie is still actively employed. His father, Ray, has been incapacitated from employment since suffering a heart attack within the last two years.

5. It is Defendant who performs all the property maintainance at their residence where he resides.

6. Defendant was in a Court drug program in Will County and successfully completed the program, gaining the approval of the presiding judge.

7. Ten years' time is an appropriate length of time for Defendant to serve for the alleged criminal act in this case.

_____
Attorneys For Defendant

## CERTIFICATE OF SERVICE

The undersigned on oath states that he/she electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel in this case.

_____

Defendant
6230274
LAW OFFICES OF G. SILVERMAN, INC.
3827 Russett Court
Northbrook, IL 60062
872/216-7692